UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2019 APR -4 PM 3: 14

| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-   |
| Plaintiff, | |
| vs. | JUDGE WATSON |
| ISAIAH BURNLEY, | INDICTMENT |
| Defendant. | 42 U. S. C. § 408(a)(7)(B) |

**THE GRAND JURY CHARGES:**

## COUNT 1
(False Representation of a Social Security Number)

On or about September 15, 2018, in the Southern District of Ohio, the defendant, **ISAIAH BURNLEY**, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him in an application for an apartment in or about Westerville, Ohio, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

In violation of 42 U. S. C. § 408(a)(7)(B).

## COUNT 2
### (False Representation of a Social Security Number)

On or about October 12, 2018, in the Southern District of Ohio, the defendant, **ISAIAH BURNLEY**, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him in an application for an apartment in or about Columbus, Ohio, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**In violation of 42 U. S. C. § 408(a)(7)(B).**

A TRUE BILL

_____S (Foreperson)_____
**FOREPERSON**

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

_____/s/_____
**TIMOTHY LANDRY (MA 669554)**
**Special Assistant United States Attorney**